**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PATTIE KOSLOWSKI and THOMAS KOSLOWSKI, | CIVIL ACTION NO. 3:12-cv-1200 (JUDGE CAPUTO) |
| Plaintiffs, | |
| v. | |
| THE HARTZ MOUNTAIN CORPORATION, | |
| Defendant. | |

## ORDER

**NOW**, this 29th day of June, 2012, **IT IS HEREBY ORDERED** that the Defendant is given leave to file an amended notice of removal within fourteen (14) days from the date of this Order. If the Defendant fails to do so, the action will be remanded to the Court of Common Pleas of Lackawanna County.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge